## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON MADDOX,<br><br>              Plaintiff,<br><br>    vs.<br><br>FCA US, LLC, a Delaware Limited Liability Company,<br><br>              Defendants. | Case No.: 2:17-cv-09112-JAK-MRWx<br><br>**JUDGMENT**<br><br>**JS-6: Closed** |

| 1 | On April 4 2019, the Parties agreed to settle this matter, with the Defendant to pay Plaintiff $23,527.00, exclusive of Plaintiff's Attorney's Fees, Costs, and Expenses. On October 18, 2019, based on a review of the matters presented, the Court ordered Defendant to pay $38,078.43 to Plaintiff as full satisfaction of claims for attorney's fees, costs and expenses in connection with action.

Therefore, Judgment is entered in favor of Plaintiff DAMON MADDOX, an individual and against Defendant FCA US LLC, a Limited Liability Company in the amount of $61,605.43.

Defendant shall pay all sums in this Judgment within 30 days of its entry on the docket of this action.

IT IS SO ORDERED.

Dated: November 6, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE